■ In the Matter of ELAINE WOLF, Appellant, v JOSHUA STEINBERG, Respondent. [979 NYS2d 911]—Appeal from an order of the Family Court, Onondaga County (David J. Roman, J.H.O.), entered August 28, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition seeking permission to relocate the subject child.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 11 and 28, 2013 and by the Attorney for the Child on October 23, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ ALOKE CHAUDHURI, Appellant, v KEITH P. GREEN, Individually and in His Capacity as a Deputy Sheriff, County of Ontario, et al., Respondents. [979 NYS2d 912]—Appeal from an order of the Supreme Court, Ontario County (William F. Kocher, A.J.), entered February 6, 2012. The order denied plaintiff's motion to reargue his opposition to defendants' prior summary judgment motion.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Empire Ins. Co. v Food City, 167 AD2d 983, 984 [1990]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ In the Matter of DAVID ECHEVARRIA, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [979 NYS2d 912]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered September 20, 2012 in a proceeding pursuant to CPLR article 78. The judgment, among other things, denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Robles v Evans, 100 AD3d 1455, 1455 [2012]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.